David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
One East Camelback Road, Suite 300
Phoenix, AZ 85012
Telephone:  (602) 265-3332
Facsimile:   (602) 230-4482

Attorneys for the Plaintiff
Benjamin Cooke and Mary Cooke

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Benjamin Cooke and Mary Cooke | Case No.: CV 09-580-PHX-NVW |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT |
| Gurstel Staloch & Chargo PA | |
| Defendant. | |

Pursuant to Fed.R.Civ.P. 68, Plaintiff hereby files Notice of Acceptance of Defendant's Rule 68 Offer of Judgment.

The parties agree to a full and final settlement of $2,002.00 and an additional amount for Plaintiffs' reasonable attorney fees and costs incurred by Plaintiffs in connection with the claims alleged in the herein matter, pursuant to Fed.R.Civ.P. 68. Said amount for attorney fees and costs shall be determined either by agreement of the parties or, if such agreement is not successful, by the Court upon application by

Plaintiffs counsel, subject to objection and response by Defendant.

 Attached hereto as Exhibit "A" is a true and accurate copy of Defendant's Rule 68 Offer of Judgment served on Plaintiff's counsel on May 22, 2009, and Plaintiff timely accepted.

Date: June 19, 2009    Hyde & Swigart

          By: /s/ David J. McGlothlin
          David J. McGlothlin
          Attorneys for the Plaintiff