David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
One East Camelback Road, Suite 300
Phoenix, AZ 85012
Telephone:   (602) 265-3332
Facsimile:    (602) 230-4482

Attorney for the Plaintiffs
Benjamin Cooke and Mary Cooke

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Benjamin Cooke and Mary Cooke<br><br>Plaintiff,<br><br>v.<br><br>Gurstel Staloch & Chargo PA<br><br>Defendant. | **Case No.: CV 09-580-PHX-NVW**<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES AND COSTS** |

TO:  DEFENDANT, GURSTEL STALOCH & CHARGO PA AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Benjamin and Mary Cooke, ("Plaintiffs"), through their attorney of record, hereby move this Court for an award of attorney's fees and costs against Defendant Gurstel Staloch & Chargo PA pursuant to 15 U.S.C. § 1692k(a)(3) and the acceptance of Defendant's Fed.R.Civ.P. 68 Offer of Judgment.

HYDE & SWIGART
Phoenix, Arizona

1    Based on the hours reasonably expended and after a reduction for reasonable

2    billing discretion, Plaintiffs' counsel requests fees in the amount of $7,920.00 and

3    costs in the amount of $438.44, totaling $8,358.44.

4    The Parties have attempted to resolve the issue of the amount to be paid, but

5    have been unsuccessful in reaching a compromise.

6    This motion is based upon the instant Notice of Motion, the subsequently

7    filed Memorandum of Points and Authorities in support, the declaration of David J.

8    McGlothlin, on all papers and records on file herein, and all evidence and

9    arguments to be presented at the time of hearing.

10

11   Date: August 4, 2009                    Hyde & Swigart

12                                           By:   /s/ David J. McGlothlin

13                                           David J. McGlothlin

14                                           Attorney for the Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HYDE & SWIGART**
Phoenix, Arizona